IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

MAURICE HOLT,

|  |  |  |
|---|---|---|
|  | Petitioner, | ORDER |
| v. |  |  |
|  |  | 21-cv-84-wmc |
| DYLAN RADTKE, |  |  |
|  | Respondent. |  |

---

Pursuant to order of the Court of Appeals for the Seventh Circuit in the above entitled matter, IT IS ORDERED THAT judgment previously entered in said matter is VACATED and petitioner Maurice Holt's petition for a writ of habeas corpus under 28 U.S.C. § 2254 is DENIED.

Entered this 8th day of June, 2026.

BY THE COURT:

WILLIAM M. CONLEY
District Judge